**Order entered August 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00361-CV

## IN THE INTEREST OF N.E., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-13599-Z**

### No. 05-15-00363-CV

## IN THE INTEREST OF K.G., M.G., Ma.G., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-17435-Z**

## ORDER

The Court **DIRECTS** the Clerk to remove these appeals from the July 31, 2015 submission docket and to set them for submission on **September 2, 2015**, without oral argument, before the same panel consisting of Justice Francis, Justice Lang-Miers, and Justice Whitehill.

/s/     MOLLY FRANCIS
PRESIDING JUSTICE